Argued and submitted February 8, reversed March 22, 1989

In the Matter of Michael Jones, Jr., a Child.
STATE ex rel JUVENILE DEPARTMENT
OF LINCOLN COUNTY,
*Respondent,*

*v.*

JONES,
*Appellant.*

(85-1051; CA A43666)

770 P2d 616

Stephen A. Lovejoy, Lincoln City, and Jenny Cooke, Portland, argued the cause and filed the briefs for appellant.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Teresa Ozias, Certified Law Student, Salem.

Before Joseph, Chief Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

The child appeals from the trial court's finding that he is within the jurisdiction of the juvenile court. The state sought to prove only murder, attempted murder and manslaughter. The trial court found that, if he were being tried as an adult, the child had committed manslaughter in the first degree. ORS 163.118. We review *de novo* and conclude that the state failed to prove beyond a reasonable doubt that the child killed or aided and abetted the killing of the victim.[1] *See In re Winship,* 397 US 358, 90 S Ct 1068, 25 L Ed 2d 368 (1970).

Reversed.

---

[1] The child makes other assignments of error that are moot as a result of our decision.